■ In the Matter of TINA P., Petitioner, v ALLEN G. ALPERT et al., Respondents. In the Matter of TINA P., Petitioner, v NICHOLAS SCOPPETTA, Respondent. [691 NYS2d 766] —Application for a writ of mandamus denied, the cross-motions granted and the petition dismissed; the petition for a writ of habeas corpus denied, and the motion to consolidate denied, all without costs or disbursements. No opinion. Concur—Nardelli, J. P., Williams, Wallach, Lerner and Andrias, JJ.